### UNITED BRICK & TILE CO. v. SOUTHWESTERN CONSTRUCTION CO. and UNITED STATES FIDELITY & GUARANTY CO.

No. 22709. Jan. 16, 1934.

Rehearing Denied Feb. 27, 1934.

Baker, Botts, Andrews & Wharton and Maris & Maris, for plaintiff in error.

Felix Duval, for defendants in error.

OSBORN, J. This is a companion case to No. 22761, Metropolitan Casualty Insurance Company of New York v. United Brick & Tile Company, this day decided by this court, 167 Okla. 402, 29 P. (2d) 771.

The judgment of the lower court in cause number 22761 having been affirmed by the decision of this court, there is no controverted issue of law or fact in this case, and, accordingly, the judgment of the trial court is affirmed.

RILEY, C. J., CULLISON, V. C. J., and McNEILL and BUSBY, JJ., concur.